SCPW-17-0000759

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

MICHAEL ERIC OʻTOOLE and DIANE ZERFUSS OʻTOOLE, Petitioners,

vs.

THE HONORABLE MELVIN H. FUJINO, Judge of the Circuit Court of the
Third Circuit, State of Hawaiʻi, Respondent Judge,

and

BANK OF NEW YORK MELLON f/k/a The Bank of New York
Successor Trustee to JPMorgan Chase Bank, N.A., as Trustee
for the Structured Asset Mortgage Investments II Trust,
Mortgage Pass-Through Certificates, Series 2006-AR7;
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., solely as
nominee for COUNTRYWIDE BANK, N.A.; and JOHN DOES 1-20;
JANE DOES 1-20; DOE CORPORATIONS 1-20; DOE ENTITIES 1-20;
and DOE GOVERNMENTAL UNITS 1-20, Respondents.

_____

ORIGINAL PROCEEDING

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of petitioners Michael Eric OʻToole

and Diane Zerfuss OʻTooleʻs petition for writ of mandamus, the

respective supporting documents, and the record, it appears that

the requested extraordinary relief is not warranted.  See Kema v.

Gaddis, 91 Hawaiʻi 200, 204, 982 P.2d 334, 338 (1999) (a writ of

mandamus is an extraordinary remedy that will not issue unless the petitioner demonstrates a clear and indisputable right to relief and a lack of alternative means to redress adequately the alleged wrong or obtain the requested action; it is meant to restrain a judge of an inferior court from acting beyond or in excess of his or her jurisdiction).  Accordingly,

IT IS HEREBY ORDERED that the petition for writ of mandamus is denied.

DATED: Honolulu, Hawaiʻi, June 25, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson